AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

36 C.F.R. §1002.30(a)(5) -
Misappropriation of Property
within a Park Area; 18 U.S.C. §13
Assimilating Cal. Penal Code. §
466 - Possession of Burglary Tools

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

**DEFENDANT - U.S.**

► NICOLE M. AUZENNE

DISTRICT COURT NUMBER

CR 07 0533 MAG

PENALTY:

Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ► 4/24/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | VIOLATIONS: Title 36 Code of Federal |
| | ) | Regulations § 1002.30(a)(5) - |
| | ) | Misappropriation of Property Within a Park |
| | ) | Area, Class B Misdemeanor |
| v. | ) | |
| | ) | |
| NICOLE M. AUZENNE, | ) | |
| | ) | |
| | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |
| | ) | |

INFORMATION

The United States Attorney charges:

On or about April 24, 2007, in the Northern District of California, within the boundaries

of an area administered by the Presidio Trust, the defendant,

NICOLE M. AUZENNE,

did acquire and possess the property of another with knowledge or reason to believe that the

property was stolen in violation of Title 36 Code of Federal Regulations Section 1002.30(a)(5),

//

INFORMATION



a Class B Misdemeanor.

DATED: _August 9, 2007_                      SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____
                                            IOANA PETROU
                                            Chief, Major Crimes Section

(Approved as to form: _____ )
                      WENDY THOMAS
                      Special Assistant United States Attorney

INFORMATION