SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0533 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| NICOLE M. AUZENNE, ) | |
|     Defendant. ) | |

    Based on the facts set forth in the Declaration of Menaka Kalaskar in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Nicole M. Auzenne, 1913 34th Avenue, San Francisco, CA 94116. The

//
//
//
//
//
//
//

MOTION FOR SUMMONS
Case No. CR 07 0533 MAG

facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                Respectfully submitted,

                SCOTT N. SCHOOLS
                United States Attorney

Dated: August 13, 2007                /s/
                WENDY THOMAS
                Special Assistant United States Attorney