SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: wendy.thomas@usdoj.gov

MENAKA KALASKAR
Law Clerk

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 07 0533 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DECLARATION OF MENAKA** |
| v. | ) | **KALASKAR IN SUPPORT OF UNITED** |
| | ) | **STATES' MOTION FOR SUMMONS** |
| NICOLE M. AUZENNE, | ) | |
| Defendant. | ) | |
| | ) | |

I, Menaka Kalaskar, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Park Police ("USPP").

2. On or about April 24, 2007, Nicole M. Auzenne took items from two parked vehicles in the area of 1275 Ruckman Avenue. At approximately 2:25 am, USPP Officer D'Onofrio ("D'Onofrio") responded to a call box hang-up near Cowles Street and Lincoln Boulevard in the Presidio. D'Onofrio responded to the call and observed a woman, Nicole M. Auzenne ("Auzenne"), standing near the corner of Lincoln Boulevard and Storey Avenue. She responded

affirmatively when asked if she had placed the call from the call box, and stated that she needed a ride.

    3. D'Onofrio asked for Auzenne's identification. Auzenne said that she was not carrying identification with her, but did provide her name and birthdate. D'Onofrio conducted a USPP check and found an outstanding bench warrant for Auzenne's arrest.

    4. D'Onofrio placed Auzenne under arrest and conducted a search incident to that arrest. He uncovered numerous items belonging to two different individuals, Jennifer T. Poehler ("Poehler") and Rhianna Pensa ("Pensa"). These two individuals later identified the items as theirs, and stated that the items had been stolen from their vehicles.

    5. D'Onofrio also found a glass punch, two screwdrivers, and a shaved down key in Auzenne's purse. These items are typically used to commit burglary.

    6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed August 13, 2007, at San Francisco, California.

DATED: 8/13/07                        Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney

                                        _____/s/_____
                                      MENAKA KALASKAR
                                      Law Clerk
                                      United States Attorney's Office