SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>NICOLE M. AUZENNE,<br><br>　　　Defendant. | Case No. CR 07 0533 MAG<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

Having reviewed the Declaration of Menaka Kalaskar, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Nicole M. Auzenne, to appear on September 10, 2007 at 9:30 a.m., before Magistrate Judge Elizabeth D. LaPorte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER FOR SUMMONS
Case No.  CR 07 0533 MAG