SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0533 MAG |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER FOR SUMMONS |
| NICOLE M. AUZENNE, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Menaka Kalaskar, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Nicole M. Auzenne, to appear on September 10, 2007 at 9:30 a.m., before Magistrate Judge Elizabeth D. LaPorte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: __8/14/7_____

JOSE_____
United _____ dge
Judge Joseph C. Spero

ORDER FOR SUMMONS
Case No. CR 07 0533 MAG