SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

LAURA TERLOUW
Law Clerk

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLE M. AUZENNE,<br><br>    Defendant. | Case No. CR 07-0533  MAG<br><br>**DECLARATION OF LAURA TERLOUW IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |

I, Laura Terlouw, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Park Police ("USPP").

2. On or about April 24, 2007, Nicole M. Auzenne took items from two parked vehicles in the area of 1275 Ruckman Avenue. At approximately 2:25 am, USPP Officer D'Onofrio ("D'Onofrio") responded to a call box hang-up near Cowles Street and Lincoln Boulevard in the Presidio. D'Onofrio responded to the call and observed a woman, Nicole M. Auzenne,

-2-

("Auzenne"), standing near the corner of Lincoln Boulevard and Storey Avenue. She responded affirmatively when asked if she had placed the call from the call box, and stated that she needed a ride.

3. D'Onofrio asked for Auzenne's identification. Auzenne said that she was not carrying identification with her, but did provide her name and birth date. D'Onofrio conducted a USPP check and found an outstanding bench warrant for Auzenne's arrest.

4. D'Onofrio placed Auzenne under arrest and conducted a search incident to that arrest. He uncovered numerous items belonging to two different individuals, Jennifer T. Poehler ("Poehler") and Rhianna Pensa ("Pensa"). These two individuals later identified the items as theirs, and stated that the items had been stolen from their vehicles.

5. D'Onofrio also found a glass punch, two screwdrivers, and a shaved down key in Auzenne's purse. These items are typically used to commit burglary.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed September 10, 2007, at San Francisco, California.

DATED:  9/10/07                          Respectfully submitted,

                                         SCOTT N. SCHOOLS
                                         United States Attorney


                                                    /s/
                                         LAURA TERLOUW
                                         Law Clerk
                                         United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0533  MAG                 -2-