SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0533 MAG |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER FOR SUMMONS |
| NICOLE M. AUZENNE, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Laura Terlouw, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Nicole M. Auzenne, 2427 30th Avenue, San Francisco, California, 94116, to appear on October 10, 2007 at 9:30 am before Magistrate Judge Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: __September 10, 2007__          _____
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge

*IT IS SO ORDERED.*
*Judge Elizabeth D. Laporte*

ORDER FOR SUMMONS
Case No. CR 07-0533 MAG