| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 3 | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Betty Fong | | | REPORTER/FTR 9:54-9:57a | | |
| MAGISTRATE JUDGE James Larson | | DATE October 10, 2007 | | | NEW CASE ☐ | CASE NUMBER CR07-0533 MAG | |

**APPEARANCES**

| DEFENDANT Nicole M. Auzenne | AGE | CUST N | P/NP NP | ATTORNEY FOR DEFENDANT Daniel Blank, spec. app. | | PD. ☐ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY Wendy Thomas | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | ☐ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Joshua Libby | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES | ☐ |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR **Not Held** | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☒ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ~~PLTY APPT HEARING~~ |

FILED
OCT 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant did not appear. AUSA's motion to issue bench warrant is granted. Per Sec. 18:3146, court to issue bench warrant.
cc: Pretrial

DOCUMENT NUMBER: